MJStar Reporting: INITIAL APPEARANCE, Length of Hearing(minutes): 10
ARRAIGNMENT, Length of Hearing (minutes): 10

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

United States of America

v.  Case No.: 4:20CR00288-02 DPM

Brittany Dawn Jeffrey

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 25 2021
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 2/25/2021
Continued Until: _____
Reason for continuance _____

Deft is ___ is not ✓ in custody
___ Deft did not appear
___ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: **Stacy R. Williams**
Defense Counsel: **John Wesley Hall, Jr.**   (Appointed) / Retained
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT

Not Guilty ✓
Guilty (indicates desire) _____
Nolo Contendere (desire) _____

✓ Demands Trial by Jury

CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty _____
Guilty _____
Nolo Contendere _____

___ Waives Jury Trial
Deft agrees _____
Govt agrees _____

**BAIL**

Bail Set at: O/R bond  By: Judge Volpe  Date: 12-17-20

Bail Changed to: _____ By: _____ Date: _____

Number of Days estimated for Trial: **5**
Estimated Trial Date: **3/29/2021 @ 9:30 a.m., before the Honorable Judge D.P. Marshall Jr. in Room B155. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

**DATE: 2/25/2021**  SO ORDERED: _____
U. S. MAGISTRATE JUDGE