# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.        No. 4:20-cr-288-DPM-2-5

BRITTANY DAWN JEFFREY;
EMILY NOWLIN; ALINE A.
ESPINOSA-VILLEGAS; and
RENEA GODDARD            DEFENDANTS

## ORDER

1. The trial for codefendant Lungaho was previously continued to 27 September 2021. *Doc. 22.* There has been no severance. Jeffrey, Nowlin, Espinosa-Villegas, and Goddard's trial is rescheduled for 27 September 2021 at 9:30 a.m., too. The period of delay caused by this continuance is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(6).

2. Unopposed motions, *Doc. 68, 79 & 80*, denied as moot.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 March 2021