# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-2740

United States of America

Appellee

v.

Brittany Dawn Jeffrey

Appellant

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:20-cr-00288-DPM-2)

---

**MANDATE**

In accordance with the judgment of 08/25/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 25, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit

**From:** ca08ml_cmecf_Notify@ca8.uscourts.gov
**Subject:** 21-2740 United States v. Brittany Jeffrey "Mandate Issued" (4:20-cr-00288-DPM-2)
**Date:** Wednesday, August 25, 2021 3:41:36 PM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 08/25/2021

**Case Name:** United States v. Brittany Jeffrey
**Case Number:** 21-2740
**Document(s):** Document(s)

**Docket Text:**
MANDATE ISSUED. [5069530] [21-2740] (Megan Polley)

**Notice will be electronically mailed to:**

Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. John Wesley Hall, Jr., Attorney: forhall@aol.com, tj.lavelle@yahoo.com, tjl@forhall.com, sarah@forhall.com
Mr. John Ray White, Assistant U.S. Attorney: john.white2@usdoj.gov, sonya.jeffords2@usdoj.gov, caseview.ecf@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Ms. Stacy Rachelle Williams, Assistant U.S. Attorney: Stacy.Williams@usdoj.gov, sharon.talbot@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov

**Notice will be mailed to:**

Ms. Brittany Dawn Jeffrey
22806-509
GREENE COUNTY DETENTION CENTER
1809 N. Rocking Chair Road
Paragould, AR 72450

The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:** /opt/ACECF/live/forms/MeganPolley_212740_5069530_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=08/25/2021] [FileNumber=5069530-0]
[2111104d3ec9ab206ce52997a30ea65da047277e4b0f138a3a08622a1172e8a0b7fcc65e10cef700f6585e5f89ea06a402847bfe1af45e600f2594a61f8096f0]]
**Recipients:**

- Ms. Tammy H. Downs, Clerk of Court
- Mr. John Wesley Hall, Jr., Attorney
- Ms. Brittany Dawn Jeffrey
- Mr. John Ray White, Assistant U.S. Attorney
- Ms. Stacy Rachelle Williams, Assistant U.S. Attorney

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5069530
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6836676