UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA  )
            )
  v.          )  No. 4:20-CR-00288-02 DPM
            )
BRITTANY DAWN JEFFREY   )

## MOTION OF CJA COUNSEL TO BE RELIEVED

This defense counsel was appointed under the Criminal Justice Act to represent the accused. Today, two attorneys entered appearances as retained counsel. Doc. 170–71.

"In any case in which appointment of counsel has been made under the CJA and the court subsequently finds that the person is financially able to obtain counsel, such appointment should be terminated ..." Therefore, under Guide to Judiciary Policy, Vol 7 Defender Services, Part A Guidelines for Administering the CJA and Related Statutes § 220.60.

Respectfully submitted,

JOHN WESLEY HALL
  Ark. Bar No. 73047
1202 Main St.; Suite 210
Little Rock, Arkansas 72202-5057
(501) 371-9131 / fax (501) 378-0888
e-mail:  ForHall@aol.com
   *CJA Attorney for Defendant*

1