# Jake Kornegay

| | |
|---|---|
| **From:** | Phillip C. Hamilton, Esq. <ph@hamiltonclarkellp.com> |
| **Sent:** | Wednesday, January 5, 2022 2:49 PM |
| **To:** | AREDdb_clerksoffice |
| **Subject:** | Notices of Appearance for 4:20-cr-288 U.S. v. Brittany D. Jeffrey |
| **Attachments:** | NOA - Phillip C. Hamilton.pdf; NOA - Lance A. Clarke.pdf |

**CAUTION - EXTERNAL:**

Good Afternoon,

Attached, please find the amended Notices of Appearance for Phillip C. Hamilton and Lance A. Clarke on the above referenced matter.

Regards,

Phillip C. Hamilton, Esq.


--


Phillip C. Hamilton, Esq.
Managing Partner
Hamilton|Clarke, LLP
48 Wall Street, Suite 1100
New York, New York 10005
(T): 212-729-0952 (F): 646-779-0719
HamiltonClarkeLLP.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.