## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| **United States of America** | | **Plaintiff** |
| **v.** | **Case No.: 4:20–cr–00288–DPM** | |
| **Brittany Dawn Jeffrey** | | **Defendant** |

## NOTICE OF HEARING

    PLEASE take notice that a Change of Plea Hearing has been set in this case for May 18, 2022, at 11:00 AM before Chief Judge D. P. Marshall Jr. in Little Rock Courtroom # 1A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** May 3, 2022

AT THE DIRECTION OF THE COURT
TAMMY H. DOWNS, CLERK

**By:** Sherri L. Black, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas