U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**

MAY 18 2022

IN OPEN COURT
TAMMY H. DOWNS
By: _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:20CR00288-DPM-02 |
| | ) | |
| V. | ) | 18 U.S.C. § 371 |
| | ) | |
| BRITTANY DAWN JEFFREY | ) | |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about August 26, 2020, in the Eastern District of Arkansas, the defendant,

BRITTANY DAWN JEFFREY,

conspired with other persons to knowingly possess one or more firearms, as that term is defined in Title 26, United States Code, Section 5845(a), that is: a destructive device, commonly known as a Molotov cocktail, not registered to the defendant in the National Firearms Registration and Transfer Record. In the furtherance of the conspiracy, on or about August 26, 2020, BRITTANY DAWN JEFFREY and coconspirators rode throughout the Central Arkansas area vandalizing police cars while possessing the Molotov cocktails and eventually threw the Molotov cocktails at patrol cars parked at the 12th Street Police Substation in Little Rock, Arkansas.

All in violation of Title 18, United States Code, Section 371.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]

Respectfully Submitted,

JONATHAN D. ROSS
United States Attorney

_____
Stacy R. Williams
Arkansas Bar Number 2011081
Assistant United States Attorney
Post Office Box 1229
Little Rock, AR 72203
(501) 340-2600
Stacy.Williams@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:20CR00288-DPM-02 |
| | ) | |
| V. | ) | 18 U.S.C. § 371 |
| | ) | |
| BRITTANY DAWN JEFFREY | ) | |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

On or about August 26, 2020, in the Eastern District of Arkansas, the defendant,

BRITTANY DAWN JEFFREY,

conspired with other persons to knowingly possess one or more firearms, as that term is defined in Title 26, United States Code, Section 5845(a), that is: a destructive device, commonly known as a Molotov cocktail, not registered to the defendant in the National Firearms Registration and Transfer Record. In the furtherance of the conspiracy, on or about August 26, 2020, BRITTANY DAWN JEFFREY and coconspirators rode throughout the Central Arkansas area vandalizing police cars while possessing the Molotov cocktails and eventually threw the Molotov cocktails at patrol cars parked at the 12th Street Police Substation in Little Rock, Arkansas.

All in violation of Title 18, United States Code, Section 371.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]

Respectfully Submitted,

JONATHAN D. ROSS
United States Attorney

_____
Stacy R. Williams
Arkansas Bar Number 2011081
Assistant United States Attorney
Post Office Box 1229
Little Rock, AR 72203
(501) 340-2600
Stacy.Williams@usdoj.gov