**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | | Judge: | D.P. Marshall Jr. |
| Counsel: **AUSA Stacy Williams** | | Reporter: | Elaine Hinson |
| | | CRD: | Sherri Black |
| v. | CASE NO. **4:20-cr-288-DPM-2** | Date: | May 18, 2022 |
| | | USPO: | |
| **BRITTANY DAWN JEFFREY** | | | |
| Counsel: **Phillip Christopher Hamilton** | | | |

**MINUTES - FELONY WAIVER & PLEA TO SS INFORMATION**

BEGIN: 11:09 A.M.

☒ Court convenes for hearing;

☒ Defendant present with counsel; defendant sworn;

☒ Court inquires of defendant regarding understanding of proceedings;

☒ Court inquires of counsel regarding defendant's competency to proceed;

☒ Court inquires of defendant regarding understanding of right to be indicted by a Grand Jury;

☒ Defendant waives right to indictment, which the Court finds is voluntary;

☒ Defendant agrees to sign Waiver of Indictment in open court;

☒ Waiver of Indictment filed; ☒ SS Information filed; ☒ AUSA reads SS Information in open court;

☒ Court inquires of defendant regarding understanding of consequences of entering guilty plea;

☒ Plea Agreement filed in open court;

☒ Government states proof for trial;

☒ Defendant pleads guilty to Count(s) _1_ of SS Information; plea accepted by the Court;

☒ Superseding Indictment dismissed on motion of government as to this defendant;

☒ Sentencing to be set by separate notice;

☐ Defendant released on O/R bond;
☐ Defendant to remain on current conditions of bond pending sentencing;
☒ Defendant remanded to custody of U.S. Marshal pending sentencing.

☐ Other:_____.

END: 12:02 A.M.