IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          No. 4:20-cr-288-DPM-2

BRITTANY DAWN JEFFREY                                       DEFENDANT

## ORDER

Motion to modify the Order of detention, *Doc. 210*, is referred to Magistrate Judge Joe Volpe, who ordered that Jeffrey be detained pending trial, *Doc. 105*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 June 2022