IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 4:20CR00288-02-DPM |
| | ) |
| BRITTANY DAWN JEFFREY | ) |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

The United States of America, by and through its counsel Jonathan Ross, United States Attorney for the Eastern District of Arkansas, and Stacy R. Williams, Assistant United States Attorney, for its response states that the defendant has completed at least 14 months of her 18-month term of supervised release and has shown progress in meeting supervision objectives. Additionally, the undersigned contacted the defendant's supervising officer, who stated that Ms. Jeffrey has complied with all terms of release and has had no major instances of noncompliance. Therefore, the government has no objection to the early termination of her supervision in this case.

WHEREFORE, the government has no objection to the defendant's request for early termination of supervised release.

JONATHAN ROSS
United States Attorney

By STACY R. WILLIAMS
Bar No. 2011081
Assistant United States Attorney
Post Office Box 1229
Little Rock, Arkansas 72203
501-340-2600
Stacy.Williams@usdoj.gov