IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     No. 4:20-cr-288-DPM-2

BRITTANY DAWN JEFFREY     DEFENDANT

## ORDER

Jeffrey moves for early termination of her supervised release. The Probation Office supports early termination. The United States has no objection, *Doc. 342*. All material things considered, the interests of justice favor granting her motion, *Doc. 341*. 18 U.S.C. § 3583(e). Well done.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 March 2024